The judgment should be reduced to eight dollars.

Judgment reversed and a new trial ordered, with costs to the appellant to abide the event unless the respondent consent to a reduction of the amount of recovery to eight dollars, in which event the judgment will be reduced to that sum and as so modified affirmed, without costs to either party.

Present: FREEDMAN, P. J.; MACLEAN and LEVENTRITT, JJ.

Judgment modified and as so modified affirmed, without costs.

---

ALBERT REITMAN, Respondent, *v.* MORRIS NEULANDER et al., Appellants.

APPEAL from a judgment, in favor of the plaintiff, rendered in the Municipal Court of the city of New York, fourth district, borought of Manhattan.

Henry L. Franklin, for appellants.

No appearance for respondent.

*Per Curiam.* It appears affirmatively in the record that the defendant Neulander is a resident of the county of Kings, while the residence of the defendant Roth is not disclosed. Under our recent decisions (Tyroler v. Gummersbach, 28 Misc. Rep. 151;

Semmer Glass Co. v. Nassau Show Case Co., Id. 577), the court had no jurisdiction over the defendant Neulander, and could not render judgment against the defendant Roth without proof of his residence in the county of New York. The judgment must be reversed.

Judgment reversed absolutely as to the defendant Neulander, with costs to him, and reversed and a new trial ordered as to the defendant Roth, with costs to him to abide the event.

Present: FREEDMAN, P. J.; MACLEAN and LEVENTRITT, JJ.

Judgment reversed absolutely as to defendant Neulander, with costs, and reversed and new trial ordered as to defendant Roth, with costs to abide event.